# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

In re:  
Hi-Point Construction Co.,

    Debtor.
_____/

Chapter 7  
Case No. 23-30135-jda  
Hon. Joel D. Applebaum

Collene K. Corcoran, Chapter 7 Trustee,

    Plaintiff,

v.

American Builders & Contractors Supply Co., Inc.,

    Defendant.
_____/

Adv. Proc. No. 24-03018-jda  
Hon. Joel D. Applebaum

## APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT, AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.

**NOW COMES** Plaintiff, Collene K. Corcoran, Chapter 7 Trustee, by and through her counsel, Samuel D. Sweet, PLC, and moves this Court as follows:

1. This is an Application for Entry of Default Judgment against Defendant, American Builders & Contractors Supply Co., Inc. The Application is filed pursuant to L.B.R. 7055-1 (E.D.M.). A proposed Default Judgment is submitted herewith.

2. A Complaint was filed on March 11, 2024 and the Defendant has failed to file an answer or response to the Complaint as required.

3. In support of this request for Default Judgment, Plaintiff has submitted herewith an Affidavit executed by counsel for Plaintiff, Samuel D. Sweet.

**WHEREFORE**, Plaintiff, Collene K. Corcoran, Chapter 7 Trustee, respectfully requests that this Honorable Court enter a Default Judgment against Defendant, American Builders & Contractors Supply Co., Inc, for its failure to file an answer or response to the Complaint in the above-captioned adversary proceeding.

Respectfully submitted,

SAMUEL D. SWEET, PLC

Dated: 4/29/2024

/s/ Samuel D. Sweet
By: Samuel D. Sweet (P48668)
Attorney for Trustee
52 E. Burdick Street #10
Oxford, Michigan 48371
(248) 236-0985
ssweet@trusteesweet.us

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

| | |
|---|---|
| In re:<br>Hi-Point Construction Co.,<br><br>    Debtor.<br>_____/ | Chapter 7<br>Case No. 23-30135-jda<br>Hon. Joel D. Applebaum |
| Collene K. Corcoran, Chapter 7 Trustee,<br>  Plaintiff,<br>v.<br><br>American Builders & Contractors Supply Co., Inc.,<br>  Defendant.<br>_____/ | Adv. Proc. No. 24-03018-jda<br>Hon. Joel D. Applebaum |

## DEFAULT JUDGMENT AGAINST
## DEFENDANT, AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.

This matter having come before the Court upon the Application of the Plaintiff, Collene K. Corcoran, Chapter 7 Trustee, for entry of Default Judgment against Defendant, American Builders & Contractors Supply Co., Inc., in accordance with L.B.R. 7055-1. The Court finds that the Defendant is in default by virtue of its failure to file an answer or response to the Complaint filed in the above-captioned adversary proceeding. The Court is otherwise fully advised in the premises.

**NOW THEREFORE;**

**IT IS HEREBY ORDERED** that Default Judgment be entered in the above-captioned adversary proceeding against Defendant, American Builders & Contractors Supply Co., Inc., and the preferential transfer received by Defendant in the amount of $2,588.33 shall be and is hereby avoided.

**IT IS FURTHER ORDERED** that immediately upon entry of this Judgment, Defendant, American Builders & Contractors Supply Co., Inc., shall turnover to Collene K. Corcoran, Chapter 7 Trustee, the gross sum of $2,588.33 for the benefit of creditors in this case.

**IT IS FURTHER ORDERED** that said sum shall be made payable to Collene K. Corcoran and mailed to 52 E. Burdick Street #10, Oxford, Michigan 48371.

_____
HONORABLE JOEL D. APPLEBAUM
UNITED STATES BANKRUPTCY JUDGE