UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:  
Hi-Point Construction Co.,

        Debtor.
_____/

Chapter 7  
Case No. 23-30135-jda  
Hon. Joel D. Applebaum

Collene K. Corcoran, Chapter 7 Trustee,

        Plaintiff,

v.

American Builders & Contractors Supply Co., Inc.,

        Defendant.
_____/

Adv. Proc. No. 24-03018-jda  
Hon. Joel D. Applebaum

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT

STATE OF MICHIGAN   )  
                                 ) ss.  
COUNTY OF OAKLAND   )

I, Samuel D. Sweet, being duly sworn, deposes and says:

1. This Affidavit is made upon firsthand knowledge, and I am fully competent to testify as to all facts set forth herein.

2. I am an attorney with the law firm of Samuel D. Sweet, PLC, counsel for the Plaintiff, in the above-captioned Adversary Proceeding No. 24-03018-jda.

3. This Affidavit is made in support of Plaintiff's Request for Default Judgment against the Defendant, American Builders & Contractors Supply Co., Inc.

4. A Complaint was filed on February 29, 2024.

5. As of the date of this Affidavit, the Defendant has failed to file an answer or response to the Complaint in this Adversary Proceeding.

6. Defendant is not an infant or incompetent person.

7. The Defendant is not a member of the military service and the relief requested is for a sum certain.

_____
SAMUEL D. SWEET

Subscribed and sworn to before me
this 29th day of April 2024.

_____
Jessica Ann Will, Notary Public
Lapeer County, Michigan
My Commission Expires: 9-6-2027
Acting in Oakland County, Michigan