**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

| | |
|---|---|
| In re:<br>Hi-Point Construction Co.,<br><br>                Debtor.<br>_____/ | Chapter 7<br>Case No. 23-30135-jda<br>Hon. Joel D. Applebaum |
| Collene K. Corcoran, Chapter 7 Trustee,<br>      Plaintiff,<br>v.<br><br>American Builders & Contractors Supply Co., Inc.,<br>      Defendant.<br>_____/ | Adv. Proc. No. 24-03018-jda<br>Hon. Joel D. Applebaum |

## DEFAULT JUDGMENT AGAINST
## DEFENDANT, AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.

This matter having come before the Court upon the Application of the Plaintiff, Collene K. Corcoran, Chapter 7 Trustee, for entry of Default Judgment against Defendant, American Builders & Contractors Supply Co., Inc., in accordance with L.B.R. 7055-1. The Court finds that the Defendant is in default by virtue of its failure to file an answer or response to the Complaint filed in the above-captioned adversary proceeding. The Court is otherwise fully advised in the premises.

**NOW THEREFORE;**

**IT IS HEREBY ORDERED** that Default Judgment be entered in the above-captioned adversary proceeding against Defendant, American Builders & Contractors Supply Co., Inc., and the preferential transfer received by Defendant in the amount of $2,588.33 shall be and is hereby avoided.

**IT IS FURTHER ORDERED** that immediately upon entry of this Judgment, Defendant, American Builders & Contractors Supply Co., Inc., shall turnover to Collene K. Corcoran, Chapter 7 Trustee, the gross sum of $2,588.33 for the benefit of creditors in this case.

**IT IS FURTHER ORDERED** that said sum shall be made payable to Collene K. Corcoran and mailed to 52 E. Burdick Street #10, Oxford, Michigan 48371.

**Signed on April 29, 2024**



/s/ Joel D. Applebaum
_____
**Joel D. Applebaum**
**United States Bankruptcy Judge**