# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

| | |
|---|---|
| In re:<br>Hi-Point Construction Co., | Chapter 7<br>Case No. 23-30135-jda<br>Hon. Joel D. Applebaum |
| Debtor.<br>_____/ | |
| Collene K. Corcoran, Chapter 7 Trustee,<br>    Plaintiff, | |
| v. | Adv. Proc. No. 24-03018-jda<br>Hon. Joel D. Applebaum |
| American Builders & Contractors Supply Co., Inc.,<br>    Defendant.<br>_____/ | |

## CERTIFICATE OF SERVICE

I hereby certify that on    4/30/2024   , I served the following paper:

Default Judgment Against Defendant, American Builders & Contractors Supply Co., Inc.

on the following parties at these addresses:

Hi-Point Construction Co.
16120 Silvercrest
Fenton, MI 48430

Stuart A. Gold
Attorney for Debtor
24901 Northwestern Hwy.
Suite 444
Southfield, MI 48075
sgold@glmpc.com

American Builders & Contractors Supply Co., Inc.
Attn: Keith Rozolis, President
One ABC Pkwy
Beloit, WI 53511

Matthew C. Norris
Attorney for Defendant
1027 S. Washington Ave., Ste. B
Royal Oak, MI 48067

Collene K. Corcoran
Chapter 7 Trustee
trusteecorcorcan@gmail.com
(Via CM/ECF Only)

by the following means:    United States first-class mail

                                                   /S/ SAMUEL D. SWEET
                                         Samuel D. Sweet (P48668)
                                         Samuel D. Sweet, PLC
                                         Attorney for Trustee
                                         52 E. Burdick Street #10
                                         Oxford, Michigan 484371
                                         (248) 236-0985
                                         ssweet@trusteesweet.us